IN RE: TRUITT                                              CASE NO. 09-13536 "A"

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

112
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
TRUITT, JEREMY DEAN, TRUITT, JANNA (09-13536 A)
92005939527466
COMBINED SMALL CHECK

TID # 380220

Date  08/25/2010

$ **********19.42

~~~Nineteen Dollars and 42/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000112⑈ ⑆043302493⑆ 92005939527466⑈

8/30/10
DEPOSITED TO UNCLAIMED UNDER $25.00.
DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227563    - KW
* * C O P Y * *
August 30, 2010
11:11:20

UNC.UNDER$25
09-13536
Debtor.: JEREMY DEAN TRUITT
Trustee: Aaron Caillouet
Amount.:           $19.42 CH
Check#.: 112

Total -> $19.42

FROM: CAILLOUET

Printed: 08/25/10 09:24 AM

# Claims Distribution Small Checks

Page: 1

Case: 09-13536 - TRUITT, JEREMY DEAN

Trustee: AARON CAILLOUET (380220)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005939527466 | 112 | 08/25/10 | | | | Payee: Clerk, U.S. Bankruptcy Court | | | Check Amount: | $19.42 |
| | | | 1 | 02/11/10 | 610 | American Infosource Lp As Agent for | 439.09 | 439.09 | 2.12 | 2.12 |
| | | | 3 | 02/22/10 | 610 | Sleep Disorder Diagnostic Center | 409.76 | 409.76 | 1.97 | 1.97 |
| | | | 5 | 02/24/10 | 610 | Kellum Eye Center | 63.00 | 63.00 | 0.30 | 0.30 |
| | | | 6 | 02/25/10 | 610 | PYOD LLC its successors and assigns as assignee | 304.50 | 304.50 | 1.47 | 1.47 |
| | | | 9 | 02/25/10 | 610 | PYOD LLC its successors and assigns as assignee | 580.99 | 580.99 | 2.80 | 2.80 |
| | | | 12 | 04/30/10 | 610 | Recovery Management Systems Corporation | 940.42 | 940.42 | 4.53 | 4.53 |
| | | | 14 | 04/30/10 | 610 | Recovery Management Systems Corporation | 145.76 | 145.76 | 0.70 | 0.70 |
| | | | 16 | 04/30/10 | 610 | Recovery Management Systems Corporation | 595.20 | 595.20 | 2.87 | 2.87 |
| | | | 17 | 04/30/10 | 610 | Recovery Management Systems Corporation | 552.38 | 552.38 | 2.66 | 2.66 |

(*) Denotes objection to Amount Filed